UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| RICHARD A. McMAHAN, ET AL., | ) Case No.: |
| Plaintiffs, | ) AFFIDAVIT IN SUPPORT OF |
| vs. | ) MOTION FOR JUDGMENT |
| ALLEN E. BARKER, ET AL., | ) DEBTOR EXAM |
| Defendants. | ) |

W. Vincent Rakestraw, being duly sworn, deposes and says:

1. He is the attorney for RAM Group, Inc, OMEGA Paving and Environmental Management Group, LLC and Georgia REAL Enterprises, Inc, the plaintiff in this action and makes this affidavit in support of Plaintiff's Motion for an order from this court requiring that Allen E. Barker, the defendant in the action, be brought before this court for examination to determine what property Allen E. Barker may havin in the State of California subject to execution.

2. On January 7, 2008, a judgment was rendered in the United States District Court, Middle District of Florida, Orlando Division for RAM Group, Inc, OMEGA Paving and Environmental Group, LLC and Georgia REAL Enterprises, Inc., for $480,000 in damages against Defendants Pacific Rim Developments Group, LLC and Allen E. Barker, jointly and severally, and on January 7, 2008, the judgment was duly entered an docketed in the records of the clerk of the court.

3. On January 7, 2008, a judgment was rendered in the United States District Court, Middle District of Florida, Orlando Division for RAM Group, Inc, OMEGA Paving and Environmental Group, LLC and Georgia REAL Enterprises, Inc., for $960,000 in damages against Allen E. Barker and on January 7, 2008, the judgment was duly entered an docketed in the records of the clerk of the court.

4. As reflected by the official records of the clerk of this court there is still due and owing from Allen E. Barker the total sum of the damages awarded.
5. Based on affiant's information and belief there is property of Allen E. Barker subject to execution within the State of California which appears to be discoverable only through appropriate supplementary proceedings in aid of execution such as requested in the motion of Plaintiffs.
6. Allen E. Barker is known by affiant to reside within this judicial district in the city of Bishop, at 2330 Dixon Lane.

FURTHER AFFIANT SAYETH NAUGHT.

_____
W. Vincent Rakestraw

Sworn to before me and subscribed in my presence this ___15th___ day of ___January___, 2009.

_____
Notary Public

[AFFIDAVIT] - 2