**UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| **RICHARD A. McMAHAN, ET AL.,** | ) |
| Plaintiffs, | ) Case No.: 1:08-mc-41-SMS |
| vs. | ) **ORDER to APPEAR** |
| **ALLEN E. BARKER**, **ET AL.,** | ) |
| Defendants. | ) |

It appears to the court from the application and supporting affidavit of W. Vincent Rakestraw filed on February 12, 2009, that RAM Group, Inc., OMEGA Paving and Environmental Management Group, LLC, and Georgia REAL Enterprises, Inc., recovered two judgments in this action, one in the amount of $480,000.00 against Pacific Rim Developments Group, LLC and Allen E. Barker, jointly and severally, and one against Allen E. Barker in the amount of $960,000.00 on January 7, 2008; and that no part of the judgment has been paid or satisfied; therefore

IT IS ORDERED that:

1. Allen E. Barker is commanded to appear and submit to examination at a supplementary proceeding ordered to be held at Courtroom No. _7_ of the United States Court House at 2500 Tulare Street, Fresno, California, 93721 on April 10, 2009, at 9:30 a.m., for the purpose of determining what property or assets Allen E. Barker owns in this district that may be subjected to execution or garnishment toward satisfaction of the judgment rendered against him on January 7, 2008.

2. A copy of this order, together with the motion and supporting affidavit of W. Vincent Rakestraw filed on  February 24, 2009 , is to be served on Allen E. Barker by personal service.

 2/24/2009                                  /s/ Sandra M. Snyder
Date                                              U.S. Magistrate Judge

[Order] - 1

PDF created with pdfFactory trial version www.pdffactory.com