LAW OFFICES OF

# FRANK M. NUNES, INC.

EMAIL frank@nuneslaw.com  
WEBSITE www.nuneslaw.com  

MONTEREY BUILDING  
7170 N. FINANCIAL DRIVE, SUITE 101  
FRESNO, CALIFORNIA 93720  

TELEPHONE (559) 436-0850  
FACSIMILE (559) 436-0802

September 14, 2009

Allen E. Barker  
2330 Dixon Lane  
Bishop, CA 93514

    Re: <u>Richard A. McMahan vs. Allen E. Barker</u>

Dear Mr. Barker:

    Mr. McMahan's attorney has advised he does not want to proceed with your continued Debtor's Examination set for Friday, September 25, at 9:30 a.m., in the Fresno Federal Courthouse. As such, I am advising you that you do not need to be present or attend. Please contact me at your earliest opportunity to confirm your non-attendance.

                      Very truly yours,  
                        LAW OFFICE OF FRANK M. NUNES, INC.

                        FRANK M. NUNES

FMN:ps  
c: Ms. Harriet Harman Clerk to the Honorable Sandra Snyder (via e-mail)  
    Vincent Rakestraw, Esq.